# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

FILED BY ____ D.C.

05 NOV -1  PM 2: 44

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, JACKSON

ZACHARY ROBBINS, et al.,

    Plaintiffs,

VS.                                    No. 04-1294-T-P

SUSAN WALLACE, et al.,

    Defendants.

## ORDER OF REFERENCE

Defendant Henderson County Board of Education's Motion for Protective Order and In Camera Inspection and Request for Expedited Hearing are hereby referred to United States Magistrate Judge Tu Pham for disposition.

IT IS SO ORDERED.

_/s/ James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_1 November 2005_
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/2/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 1:04-CV-01294 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
209 East Main Street
Jackson, TN 38302--114

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Honorable James Todd
US DISTRICT COURT