# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

*FILED BY ___ D.C.*

*05 DEC -2 PM 2: 46*

JACOB RHODES, et al.

    Plaintiffs,

vs.

No. 04-1191-T/P

SUSAN WALLACE, Individually, and
HENDERSON COUNTY BOARD
OF EDUCATION,

    Defendants,

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

BRYAN MOONEY, et al.,

    Plaintiffs,

vs.

No. 04-1190-T/P

SUSAN WALLACE, Individually, and
HENDERSON COUNTY BOARD
OF EDUCATION,

    Defendants,

---

ZACHARY ROBBINS, et al.

    Plaintiffs,

vs.

No. 04-1294-T/P

SUSAN WALLACE, Individually, and
HENDERSON COUNTY BOARD
OF EDUCATION,

    Defendants,

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  12/7/05

RECEIVED
05 DEC -6 PM 12: 29
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON



DALTON DYER, et al.,

    Plaintiffs,

vs.                                                                          No. 05-1004-T/P

SUSAN WALLACE, Individually, and
HENDERSON COUNTY BOARD
OF EDUCATION,

    Defendants,

---

HALEY NICOLE RHODES, et al.,

    Plaintiffs,

vs.                                                                           No. 05-1020-T/P

SUSAN WALLACE, Individually, and
HENDERSON COUNTY BOARD
OF EDUCATION,

    Defendants,

## AGREED PROTECTIVE ORDER

It appearing to the Court, as evidenced by the signatures herein below of counsel for the respective parties to this cause, that the parties have agreed that the production of the following described records and documents should be subject to this Agreed Protective Order:

1. Any and all records relating to any minor, whether produced by Plaintiffs or Defendants;

2. The psychological/psychiatric records of any party;

3. The medical records of any party;

4. TBI, DCS or other governmental investigation records relating to any minor or Susan Wallace; and

5. The academic records of any minor.

All records produced by any and all parties that are subject to this Protective Order shall be used for these cases only and for no other purpose. At the conclusion of this case, all such records shall be returned to the party that originally produced them, or shall be destroyed.

The introduction of these records at trial shall be subject to the Federal Rules of Evidence, and nothing in this Order shall restrict the use of the records at the trials of the above-styled cases.

This Agreed Protective Order may be amended by agreement or by Motion for good cause shown.

Entered this __2__ day of __December__, 2005

_____
JUDGE

APPROVED FOR ENTRY:

Respectfully submitted,

SPRAGINS, BARNETT, COBB & BUTLER, PLC

By: _____
J. BRANDON MCWHERTER #21600
LEWIS L. COBB #5369
312 East Lafayette Street
P.O. Box 2004
Jackson, TN 38302
(731) 424-0461

Attorneys for Plaintiffs

3

RAINEY, KIZER, REVIERE & BELL

By: *Dale Thomas by JBM with permission*
RUSTY REVIERE
DALE THOMAS
105 S. Highland
Jackson, TN 38301
(731) 423-2414

and

LAW OFFICE OF BRENTWOOD
LARRY L. CRAIN
5214 Maryland Way, Suite 402
Brentwood, TN 37027
(615) 376-2600

Attorneys for Defendant, Susan Wallace


WALDROP & HALL, P.A.

By: *Chuck Purcell by JBM with permission*
CHARLES M. PURCELL, #12461
JENNIFER K. CRAIG, #20036
106 S. Liberty Street
Jackson, TN 38301
(731) 424-6211

Attorneys for Defendant, Henderson County
Board of Education

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 1:04-CV-01294 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Lewis L. Cobb
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

R. Dale Thomas
RAINEY KIZER BUTLER REVIERE & BELL
209 East Main Street
Jackson, TN 38302--114

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Honorable James Todd
US DISTRICT COURT